# United States District Court

_____Southern_____   District of   _____Texas_____

UNITED STATES OF AMERICA
V.
**Rafael RODRIGUEZ-Garcia**

Mexico
A094 792 813

**CRIMINAL COMPLAINT**

CASE NUMBER 1:16-PO- __393__

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief.  On or about __**November 29, 2016**__ in __**Cameron**__ County, in the **Southern** District of **Texas**, the defendant being then and there an alien, did, willfully, knowingly and unlawfully enter the United States at a time or place other than designated by an Immigration Officer,

in violation of Title **8** United States Code, Section **1325(a)(1).**

I further state that I am an  **Deportation Officer**  and that this complaint is based on the following facts:

**The defendant was apprehended in Brownsville, Texas on December 18, 2016.  The defendant is a citizen of Mexico who entered the United States illegally by wading across the Rio Grande River near Brownsville, Texas on November 29, 2016, thus avoiding immigration inspection.**

Continued on the attached sheet and made part hereof:   ☐ Yes   ☒ No

Defendant has   $1.00

\S\ Jessamyn Murphy   Deportation Officer
*Signature of Complainant*

Sworn to before me and subscribed in my presence,

December 19, 2016                         at   Brownsville, Texas
*Date*                                                    *City and State*

Ronald G. Morgan   U.S. Magistrate Judge
*Name and Title of Judicial Officer*                *Signature of Judicial Officer*