# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Criminal Case 1:16–po–00393 |
| | § | |
| Rafael RODRIGUEZ–Garcia | § | |

## ORDER FINDING PROBABLE CAUSE

This Order memorializes the Court's prior findings, after reviewing the criminal complaint in the above styled and numbered cause, that there is probable cause to believe that the offense stated in the complaint was committed, and that the defendant committed said offense.

SIGNED on December 21, 2016, at Brownsville, Texas.

_____
Ronald G. Morgan
United States Magistrate Judge